

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2025

No. 04-25-00692-CV

**IN RE** Bharath **RAMANATH**

Original Proceeding[1]

**ORDER**

Sitting:      Adrian A. Spears II, Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

On October 28, 2025, relator filed a petition for writ of mandamus challenging proceedings in Bexar County Justice Court. We dismissed the petition because we lack jurisdiction to issue a writ of mandamus against a justice of the peace or justice court unless it is necessary to preserve our jurisdiction. Relator filed a timely motion for rehearing on November 12, 2025. After considering relator's arguments, the motion is **DENIED**.

It is so **ORDERED** on November 26, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 310C2401184, styled *Calvary Spy I, LLC, as Assignee of Citibank, N.a. v. Bhareth Ramanath*, pending in the Bexar County Justice Court, Texas, the Honorable Julie Bray Patterson presiding.